# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-04-00254-CV

### Shannon Mattingly, Appellant

### v.

### John Cowman and City of Leander, Appellees

## FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
## NO. 04158-C368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Shannon Mattingly has filed an agreed motion to dismiss her appeal. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Agreed Motion

Filed:   July 15, 2004